1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Jose J. Rosales

7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10
   JOSE J. ROSALES,                          )  Case No.: CV 11-3538 GW FMO
11                                            )
            Plaintiff,                        )  ORDER AWARDING EQUAL
12                                            )  ACCESS TO JUSTICE ACT
       vs.                                    )  ATTORNEY FEES AND EXPENSES
13                                            )  PURSUANT TO 28 U.S.C. § 2412(d)
   MICHAEL J. ASTRUE,                         )  AND COSTS PURSUANT TO 28
14 Commissioner of Social Security,          )  U.S.C. § 1920
                                              )
15          Defendant                         )
                                              )
16 _____)

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $3,000 as

21 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

   DATE:    3/7/12
22
                                    _____/s/_____
23                                  THE HONORABLE FERNANDO M. OLGUIN
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

                                    -1-